Dismissed and Memorandum Opinion filed August 10, 2006








Dismissed
and Memorandum Opinion filed August 10, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01265-CV

____________

 

1120 TEXAS, LTD. AND SAM LUTFAK,
Appellants

 

V.

 

THE KEYSTONE LOFTS CONDOMINIUM
ASSOCIATION, INC., Appellee

 



 

On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 05-27882

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 4, 2005.  On August 3, 2006,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
10, 2006.

Panel consists of Justices Fowler, Edelman and Frost.